AVIVA SPORTS, INC., A Minnesota Corporation, Plaintiff–Appellee

v.

FINGERHUT DIRECT MARKETING, INC., A Delaware Corporation, Menard, Inc., A Wisconsin Corporation, KMART Corporation, A Michigan Corporation, Manley Toys, Ltd., dba Manley Toys, dba Toyquest, A Hong Kong, China Corporation, Defendants

Stephen M. Lobbin, Sanctioned Party–Appellant.

No. 2015–1619.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2016.

John Thomas Vitt, Dorsey & Whitney LLP, Minneapolis, MN, argued for plaintiff-appellee. Also represented by David Youngert Trevor.

Stephen M. Lobbin, Newport Beach, CA, argued pro se.

PROST, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.